## First District.

Gage Bernard Walldren, a minor, by Delema Meyer, his aunt and next friend, defendant in error, v. Joseph G. Weber, plaintiff in error. Gen. No. 35,312.

Heard in the second division of this court for the first district at the October term, 1931.
Opinion filed February 23, 1932.

Ernest Kentwortz, for plaintiff in error. No appearance for defendant in error.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Samuel Solomon, defendant in error, v. North American Trust Company (formerly known as Iroquois Trust Company) et al., plaintiffs in error. Gen. No. 35,328.

Heard in the second division of this court for the first district at the October term, 1931. Opinion filed February 23, 1932.

Schofield & Wood, for plaintiffs in error; Frank Schofield and David H. Kraft, of counsel. Goldman, Allshouse & Healy, for defendant in error; Robert G. Dreffein, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Leslie P. Coleman, appellee, v. Herman Heuser, appellant. Gen. No. 35,379.

Heard in the second division of this court for the first district at the October term, 1931. Opinion filed February 23, 1932.

David D. Stansbury and George F. Callaghan, for appellant. A. J. W. Appell, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.